### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RAMAN SINGH,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| **WARDEN, PHILADELPHIA FEDERAL DETENTION CENTER, PHILADELPHIA, PA, DAVID O'NEILL, MARKWAYNE MULLIN, TODD BLANCHE,** | **NO.  26-2758** |
| **Respondents.** | |

### O R D E R

**AND NOW**, this 10th day of June, 2026, **IT IS ORDERED** that Plaintiff shall respond to

Petitioner Raman Singh's Request for Attorneys' Fees (*see* ECF No. 1), as previously ordered by

this Court (ECF No. 6), by **June 15, 2026**.

**BY THE COURT:**

**/s/ Kelley B. Hodge**

**HODGE, KELLEY B., J.**